Robert M. Tzall, Esq.
(SBN 13412)
robert@tzalllegal.com
THE LAW OFFICES OF
ROBERT M. TZALL
7735 Commercial Way, Suite 100
Henderson, NV 89011
Telephone: (702) 666-0233

Attorney for Plaintiff
Anitra Barbre

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Anitra Barbre<br> A/k/a<br>**ANITRA GEORGE,**<br><br>              Plaintiff,<br><br> -against-<br><br>AFNI, INC.,<br>**and JOHN DOES 1-25**.<br><br>              Defendant. | Case No.: 2:18-cv-1528<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**[FRCP Rule 41(a)(1)(A)(ii)]**<br><br>ECF No. 6 |

   **IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Undersigned counsel represents that he is fully authorized by his client to enter into this Voluntary Dismissal with Prejudice.

Respectfully Submitted,

DATED: February 8, 2019   THE LAW OFFICES OF ROBERT M. TZALL

By: */s/Robert M. Tzall*
Robert M. Tzall, Esq.
Attorneys for Plaintiff
ANITRA BARBRE

## ORDER

Based on the plaintiff's voluntary dismissal **[ECF No. 6]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 19, 2019